IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CATHERINE LOUISE CHANNEL,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | **8:25CV686**<br><br><br>**ORDER** |

This matter comes before the Court on Plaintiff's, Catherine Louise Channel's, application to proceed in forma pauperis. Filing No. 2. Having reviewed the affidavit, the Court finds Plaintiff should be permitted to proceed in forma pauperis. *See* 28 U.S.C. § 1915. Accordingly,

IT IS ORDERED:

1. Plaintiff's application to proceed in forma pauperis, Filing No. 2, is granted. The complaint shall be filed without payment of fees.


Dated this 5th day of December, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge